# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **DAVID VARGAS**,  and  **ROY GOMEZ**,  Defendants. | Case No. 24-00543-06/07-CR-H-KPE |

## NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY

The United States of America, by and through its undersigned attorneys, hereby notifies the Court and the parties that it has elected not to seek the punishment of death against defendants **DAVID VARGAS** and **ROY GOMEZ** for the capital crimes charged in the Superseding Indictment filed in the above-captioned matter on April 10, 2025. (D.E. 252.) Specifically, the Government elects not to seek the punishment of death as to **DAVID VARGAS** and **ROY GOMEZ** for the following offenses charged in the Superseding Indictment returned on April 10, 2025:

    1.    Count Five, charging **ROY GOMEZ** with using, carrying, brandishing, discharging, and possessing a firearm during and in relation to a crime of violence resulting in death, in violation of 18 U.S.C. §§ 924(j) and 2;

    2.    Count Six, charging **DAVID VARGAS** with murder in aid of racketeering activity, in violation of 18 U.S.C. §§ 1959(a)(1) and 2; and

3. Count Seven, charging **DAVID VARGAS** with using, carrying, brandishing, discharging, and possessing a firearm during and in relation to a crime of violence resulting in death, in violation of 18 U.S.C. §§ 924(j) and 2.

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

By  _____
    Byron H. Black
    Assistant United States Attorney
    1000 Louisiana Street, Suite 2300
    Houston, Texas 77002
    Telephone: (713) 567-9432
    Email: Byron.Black@usdoj.gov

*/s/ Kelly Zenón-Matos*
Kelly Zenón-Matos
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9362
Email: kelly.zenon@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on August 13, 2025, to the CM-ECF system of the United States District Court for the Southern District of Texas for electronic delivery to all counsel of record.

_____
Byron H. Black
Assistant United States Attorney